```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:09-cv-00137 FCD-JFM
                                 )
12          Plaintiff,           )   ORDER TO EXTEND TIME
                                 )   FOR FILING JOINT STATUS
13      v.                       )   REPORT
                                 )
14  REAL PROPERTY LOCATED AT 5322)
    SILOUETTE COURT, ELK GROVE,  )
15  CALIFORNIA, SACRAMENTO COUNTY,)  DATE:      N/A
    APN: 132-1650-051, INCLUDING )   TIME:      N/A
16  ALL APPURTENANCES AND        )   COURTROOM: N/A
    IMPROVEMENTS THERETO,        )
17                               )
            Defendant.           )
18  _____)
```

19      Plaintiff and claimant Maggie Luong request that the time

20  for filing a joint status report be extended 30 days to April 22,

21  2009.  The parties make this request for the following reasons:

22      The owner of the property, Maggie Luong, was served with the

23  complaint and related documents, and she has filed a claim to the

24  property.  Her Answer to the complaint is due April 8, 2009.

25      In addition, plaintiff has attempted to serve the

26  lienholder, CTX Mortgage Company, at the address shown on the

27  deed of trust.  The certified mail "green card" has not been

28  returned to plaintiff.  Plaintiff also served "MERS," a separate

                                     1

corporation that is the lender's nominee.  Plaintiff has received the certified mail card showing that MERS received the complaint and related documents on January 22, 2009.  However, for reasons unknown to plaintiff neither CTX nor MERS has filed a claim to the property or an answer to the complaint.

Plaintiff does not take lenders' defaults due to the problems that it would cause in conveying clear title to a subsequent purchaser.  Accordingly, plaintiff will renew its efforts to contact CTS and MERS and advise them of the need to file a claim and answer.

Based on these facts, the parties respectfully suggest it is premature to schedule this case at this time and request that the time for filing a joint status report be extended 30 days.

Dated: March 23, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney


                               /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney
                               Attorney for plaintiff
                               United States of America


Dated: March 23, 2009          /s/ John Balazs
                               JOHN BALAZS
                               Attorney for claimant
                               Maggie Luong

                               (Mr. Balazs authorized plaintiff
                               to sign his name electronically)

///

///

///

||  | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been shown, the time for filing a Joint Status Report is extended to April 22, 2009.  At that time the parties will submit a joint status report addressing the matters set forth in the January 15, 2009, Order Requiring Joint Status Report. |

1 **ORDER**

2  Good cause having been shown, the time for filing a Joint
3 Status Report is extended to April 22, 2009.  At that time the
4 parties will submit a joint status report addressing the matters
5 set forth in the January 15, 2009, Order Requiring Joint Status
6 Report.
7  IT IS SO ORDERED.
8 Dated: March 24, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE