1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-cv-00137 GEB-JFM |
|---|---|
| Plaintiff, | ) STIPULATION FOR EXTENSION |
| | ) OF FURTHER PROCEEDINGS AND |
| v. | ) ORDER |
| REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) DATE:    January 19, 2010 ) TIME:    9:00 a.m. ) COURTROOM: 10 |
| Defendant. | ) |

Plaintiff United States of America and claimant Maggie Loung (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on April 15, 2009, because charges are pending against claimant Luong. Claimant Loung was indicted in this district (U.S. v. Luong et al., 2:08-cr-00543 GEB) on drug trafficking charges. The next status conference in the criminal case is currently scheduled for January 8, 2010, but on January 5, 2010, Luong requested that the matter be continued to

1

1 February 19, 2010.  For this reason, the parties request that the
2 stay be extended an additional 90 days.
3     At that time the parties will advise the court of the
4 status of the criminal investigation, if any, and will advise the
5 court whether a further stay is necessary.

7 DATED: January 6, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

9                                 By:   /s/ Kristin S. Door
                                        KRISTIN S. DOOR
10                                      Assistant U.S. Attorney
                                        Attorneys for plaintiff

13 DATED: January 6, 2010                /s/ John Balazs
                                        JOHN BALAZS (as authorized
14                                      on 1/6/2010)
                                        Attorney for claimant
15                                      Maggie Luong

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days.  The scheduling conference scheduled for January 19, 2010, is vacated and is rescheduled to April 26, 2010, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  January 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2