1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-00137 GEB-JFM |
| Plaintiff, | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE:  April 26, 2010<br>TIME:  9:00 a.m.<br>COURTROOM: 10 |
| Defendant. | |

Plaintiff United States of America and claimant Maggie Luong (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was initially stayed on April 15, 2009, and again on January 12, 2010, because charges are pending against claimant Luong.  Claimant Luong was indicted in this district (U.S. v. Luong et al., 2:08-cr-00543 GEB) on drug trafficking charges.  The next status conference in the criminal case is currently scheduled for April 16, 2010.  For this reason, the

1

parties request that the stay be extended an additional 90 days.

At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

DATED: April 12, 2010        BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Kristin S. Door
                             KRISTIN S. DOOR
                             Assistant U.S. Attorney
                             Attorneys for plaintiff


DATED: April 12, 2010        /s/ John Balazs
                             (As authorized on 4/12/10)
                             JOHN BALAZS
                             Attorney for claimant
                             Maggie Luong

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days.

The scheduling conference scheduled for April 26, 2010, is vacated and is rescheduled to August 2, 2010, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.


IT IS SO ORDERED.

Dated:  April 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2