BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:09-cv-00137 GEB-JFM<br><br>STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED]<br><br>DATE:　　August 2, 2010<br>TIME:　　9:00 a.m.<br>COURTROOM: 10 |

　　　Plaintiff United States of America and claimant Maggie Luong (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

　　　This matter was initially stayed on April 15, 2009, and again on January 12, 2010, and April 14, 2010, because charges are pending against claimant Luong. Claimant Loung was indicted in this district (U.S. v. Luong et al., 2:08-cr-00543 GEB) on drug trafficking charges. The next status conference in the criminal case is currently scheduled for August 13, 2010. For

this reason, the parties request that the stay be extended an additional 90 days.

At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

DATED: July 19, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                   By:  /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                        Assistant U.S. Attorney
                                        Attorneys for plaintiff


DATED: July 19, 2010                    /s/ John Balazs
                                        (As authorized on 7/19/10)
                                        JOHN BALAZS
                                        Attorney for claimant
                                        Maggie Luong

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days. The scheduling conference scheduled for August 2, 2010, is vacated and is rescheduled to November 15, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: July 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge