```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-cv-00137 GEB-JFM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION FOR EXTENSION OF STAY OF FURTHER |
| v. | ) ) | PROCEEDINGS AND ORDER [PROPOSED] |
| REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) ) | DATE:   November 15, 2010 TIME:   9:00 a.m. COURTROOM: 10 |
| Defendant. | ) ) | |

    Plaintiff United States of America and claimant Maggie Luong (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

    This matter was initially stayed on April 15, 2009, and again on January 12, 2010, April 14, 2010, and July 22, 2010, because charges are pending against claimant Luong.  Claimant Loung was indicted in this district (<u>U.S. v. Luong et al</u>., 2:08-cr-00543 GEB) on drug trafficking charges.  The criminal case is still pending: the next status conference is currently scheduled

for November 5, 2010.  For this reason, the parties request that the stay be extended an additional 90 days.

At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

DATED: November 1, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant U.S. Attorney
                                 Attorneys for plaintiff


DATED: November 1, 2010          /s/ John Balazs
                                 (As authorized on 11/01/10)
                                 JOHN BALAZS
                                 Attorney for claimant
                                 Maggie Luong

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days.  The scheduling conference scheduled for November 15, 2010, is vacated and is rescheduled to February 28, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  November 2, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2    STIPULATION FOR EXTENSION OF STAY OF
     FURTHER PROCEEDINGS AND ORDER [PROPOSED]