BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>       Defendant. | 2:09-CV-00137 GEB-JFM<br><br>STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER [PROPOSED]<br><br>DATE:   February 28, 2011<br>TIME:   9:00 a.m.<br>COURTROOM: 10 |

   Plaintiff United States of America and claimant Maggie Luong (hereafter "claimant") submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

   This matter was initially stayed on April 15, 2009, and again on January 12, 2010, April 14, 2010, July 22, 2010, and November 2, 2010, because charges are pending against claimant Luong. Claimant Loung was indicted in this district (U.S. v. Luong et al., 2:08-CR-00543 GEB) on drug trafficking charges. The criminal case is still pending: the next status conference is currently scheduled for February 28, 2011. For this reason, the

1   Stipulation for Extension of Stay of
    Further Proceedings and Order [Proposed]

parties request that the stay be extended an additional 90 days.

At that time the parties will advise the court of the status of the criminal case, and will advise the court whether a further stay is necessary.

DATED: 2/01/11                      BENJAMIN B. WAGNER
                                    United States Attorney

                            By:    /s/ Kelli L. Taylor
                                    KELLI L. TAYLOR
                                    Assistant U.S. Attorney


DATED: 1/29/11                      /s/ John Balazs
                                    JOHN BALAZS
                                    Attorney for claimant
                                    Maggie Luong
                                    (Original signature retained
                                    by attorney)

**ORDER**

For the reasons set forth above, this matter is stayed for an additional 90 days. The scheduling conference scheduled for February 28, 2011, is vacated and is rescheduled to May 23, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

Dated:  February 3, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge