IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 5322 SILOUETTE COURT, ELK GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 132-1650-051, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendant.

2:09-cv-00137-GEB-JFM

ORDER RE: SETTLEMENT AND DISPOSITION

Plaintiff filed a "Notice of Settlement" on May 6, 2011, in which it states: "The parties have reached a settlement in the above-captioned case. Settlement documents were sent to Claimant Maggie Luong and will be filed with the Court upon receipt." (ECF No. 29.)

Therefore, a dispositional document shall be filed no later than May 26, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for May 23, 2011, is continued to commence at 9:00 a.m. on July 18, 2011, in the event no dispositional document is filed, or if this action is not otherwise

dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: May 9, 2011

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).