1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2799

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )      2:09-CV-00137 GEB-JFM
                                  )
12          Plaintiff,            )      FINAL JUDGMENT
                                  )      OF FORFEITURE
13     v.                         )
                                  )
14 REAL PROPERTY LOCATED AT 5322  )
   SILOUETTE COURT, ELK GROVE,    )
15 CALIFORNIA, SACRAMENTO COUNTY, )
   APN: 132-1650-051, INCLUDING   )
16 ALL APPURTENANCES AND          )
   IMPROVEMENTS THERETO,          )
17                                )
              Defendant.          )
18 _____)

19      Pursuant to the Stipulation for Final Judgment of Forfeiture,

20 the Court finds:

21      1.  This is a civil forfeiture action against certain real

22 property located at 5322 Silouette Court, Elk Grove, California,

23 Sacramento County, APN: 132-1650-051 (hereafter "defendant real

24 property"), and more fully described in Exhibit A, attached hereto

25 and incorporated herein by reference.

26      2.  A Verified Complaint for Forfeiture *In Rem* (hereafter

27 "Complaint") was filed on January 15, 2009, seeking the forfeiture

28 of the defendant real property, alleging that said property is

                                 1

subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7).

3.   On February 3, 2009, the defendant real property was posted with a copy of the Complaint and Notice of Complaint.

4.   Beginning on April 16, 2009, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on June 8, 2009.

5.   In addition to the Public Notice of Posting having been completed, the United States gave or attempted to give actual notice to the following individuals and entities:

    a.  Maggie Luong

    b.  CTX Mortgage Company, LLC

    c.  MERS

    d.  Chase Home Finance, LLC

6.   Claimant Maggie Luong filed a verified statement of interest and answer alleging an interest in the defendant real property.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.   That judgment is hereby entered against claimant Maggie Luong and all other potential claimants who have not filed claims in this action.

3.   Upon entry of this Final Judgment of Forfeiture, claimant Luong agrees to pay to the United States the sum of $40,000.00 (the

"settlement amount") as the substitute *res* in lieu of the defendant real property.  The $40,000.00 shall be paid with a $2,500.00 payment due by the sentencing date in the parallel criminal case which is currently scheduled for May 13, 2011.  The balance of the settlement amount will be paid in $500.00 monthly payments due by the 5th of each month starting the month after Maggie Luong is sentenced.

    4.  Claimant Maggie Luong shall obtain a cashier's check for the $2,500.00 payment and for the $500.00 payments each month until the $40,000.00 has been paid in full, made payable to the U.S. Marshals Service and shall be sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  All right, title, and interest in said funds shall be substituted for the defendant real property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

    5.  If the $2,500.00 payment is not received by sentencing and any of the $500.00 payments are not received by the United States by the 5th of each month starting after Maggie Luong is sentenced until the $40,000.00 is paid in full, the U.S. Marshals Service shall be authorized to seize and sell the defendant real property located at 5322 Silouette Court, Elk Grove, California, Sacramento County, APN: 132-1650-051, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  The United States shall receive through escrow the net proceeds up to the balance owing on the $40,000.00, less payments for costs of selling the property, legitimate liens, and taxes that exist on the defendant real property.  Maggie Luong shall receive all remaining

Final Judgment of Forfeiture

amounts after payment of costs of sale, legitimate liens, taxes, and repairs or costs incurred by the U.S. Marshals Service.  Maggie Luong shall maintain the defendant real property in the same condition and repair as existed as of January 20, 2009, normal wear and tear excepted, until she has paid the settlement amount, or vacated the premises.

6.  Within thirty (30) days of full payment of the settlement amount, the United States shall record a withdrawal of lis pendens against the defendant real property.

7.  That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

8.  There was reasonable cause for the posting of the defendant real property and the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

9.  All parties are to bear their own costs and attorneys' fees.

10.  The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall

1 | retain jurisdiction to enforce the terms of this Final Judgment of
2 | Forfeiture.

3 |      SO ORDERED THIS __25th__ day of _May_ , 2011.

5 | _____
6 | GARLAND E. BURRELL, JR.
   United States District Judge

8 | <u>CERTIFICATE OF REASONABLE CAUSE</u>

9 |     Based upon the allegations set forth in the Complaint filed
10 | January 15, 2009, and the Stipulation for Final Judgment of
11 | Forfeiture filed herein, the Court enters this Certificate of
12 | Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was
13 | reasonable cause for the posting of the defendant real property,
14 | and for the commencement and prosecution of this forfeiture action.

15 | Dated:  May 25, 2011

17 | _____
18 | GARLAND E. BURRELL, JR.
   United States District Judge

Final Judgment of Forfeiture

1

**Exhibit A**
**5322 Silouette, Elk Grove, CA**

2

3
Lot 51 as shown on the plat of "Gilliam Meadows Unit
2E, Subdivision No. 02-356.2E" recorded in Book 332
of Maps, Page 1, records of Sacramento County.

4

5
"The property is also conveyed and accepted subject
to that certain Notice of Non-Adversarial Procedures
under Civil Code Section 912 (f) recorded in the

6
Official Records of Sacramento County, on recorded concurrent
herewith, as Instrument No., in Book ,

7
Page , and any amendments thereto now of record or
which will be of record prior to the recordation of

8
this Grant Deed, (collectively "the Notice"), all of
which are incorporated herein by reference with the

9
same effect as though fully set forth herein."

10

11
APN: 132-1650-051

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Final Judgment of Forfeiture